United States District Court
Southern District of New York

---

PEERLESS NETWORK, INC.,

                       Plaintiff,

      -against-

LTE WIRELESS, INC.

                       Defendant.

**AFFIDAVIT OF SERVICE**
Civil Action No. 1:22/cv/00580-PAC
Date Filed 1/24/2022

---

State of New York )
                    ss:
County of Albany )

Edward J. Bowmaker, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action. That on January 26, 2022 at approximately 1:45 PM deponent served the following specific papers pursuant to Section 306 of the Business Corporation Law: Summons in a Civil Action, Complaint and Demand for Jury Trial with Exhibit A, that the party served was LTE Wireless Inc., a foreign business corporation, the defendant in this action, by personally serving two copies of the aforesaid papers at the office of the New York State Secretary of State located at 99 Washington Avenue, 6th Floor, in the City of Albany, New York by delivering to and leaving the papers with Nancy Dougherty, a white female with black hair, being approximately 56 years of age; height of 5'3", weight of 135 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service. That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

*Edward J. Bowmaker* (signature)
Edward J. Bowmaker

Sworn to before me this 26 day of January, 2022

*Meagan E. McGraw* (signature)
Meagan E. McGraw
Notary Public — State of New York
Qualified in Albany County
Registration No. 01MC6399665
Commission Expires: 10-28-2023