UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEERLESS NETWORK, INC., <br><br>      Plaintiff, <br><br>  v. <br><br> LTE WIRELESS, INC. <br><br>      Defendant. | Case No. 22-cv-00580-PAC <br><br> **PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE UNDER FED R. CIV. P. 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i), Plaintiff Peerless Network, Inc. hereby voluntarily dismisses this action in its entirety with prejudice.

Dated:  New York, New York
        April 25, 2022

Respectfully submitted,

KELLEY DRYE & WARREN LLP

/s/ Philip D. Robben_____
Philip D. Robben (PR 4135)
3 World Trade Center
175 Greenwich Street
New York, New York 10007
Telephone: (212) 808-7800
Facsimile: (212) 808-7897
probben@kelleydrye.com

Henry T. Kelly
KELLEY DRYE & WARREN LLP
333 West Wacker Drive, Suite 2600
Chicago, Illinois 60606
Telephone: (312) 857-7070
Facsimile: (312) 857-7095
hkelly@kelleydrye.com

*Attorneys for Peerless Network, Inc*

.